UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHANNON ORR, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | No. 5:19-cv-01720-JDE <br><br> ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $4,000 under 28 U.S.C. § 2412(d) and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: September 18, 2020

_____
JOHN D. EARLY
United States Magistrate Judge